1  GREENBERG TRAURIG, LLP
2  MARK D. KEMPLE (SBN 145219)
   RADHA D.S. KULKARNI (SBN 293996)
3  1840 Century Park East, 19th Floor
4  Los Angeles, CA 90067
   Telephone: (310) 586-7700
5  Facsimile: (310) 586-7800

6  
   Attorneys for Defendant
7  PANDA RESTAURANT GROUP, INC.

8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

| JENNIFER SPARGIFIORE, an individual, for herself and all members of the putative class,, | CASE NO. 2:20-cv-09837-AB-MRW |
|---|---|
| Plaintiff, | **DECLARATION OF STANLEY LIU IN SUPPORT OF MOTION TO COMPEL ARBITRATION, STAY ACTION, AND STRIKE THE CLASS ACTION ALLEGATIONS** |
| v. | |
| PANDA RESTAURANT GROUP, INC., a California Corporation; and DOES 1 through 100, inclusive, | Date: November 4, 2020<br>Time: 10:00 a.m.<br>Dept: 7B |
| Defendants. | REMOVAL FILED:<br>ACTION FILED: December 11, 2019 |

DECLARATION OF STANLEY LIU

ACTIVE 53123149v1

# DECLARATION OF STANLEY LIU

I, Stanley Liu, declare and state as follows:

1. I am over the age of 18 years.

2. I currently am employed by Panda Express, Inc. ("Panda"), the employer of Plaintiff Jennifer Spargifiore and a subsidiary of defendant Panda Restaurant Group, Inc. ("Defendant"), as its Vice President-Ops Services. I have held this position since 2011. In this role, I have had primary responsibility for overseeing the operational compliance aspects and store procedures of the "Panda Express" restaurant locations. As such, the facts contained in this declaration are true of my own personal knowledge. If called to testify to these facts, I could do so competently and truthfully.

3. Panda is a family-owned and family-run company that operates fast casual American-Chinese restaurants all across the United States. It offers a variety of Chinese-cuisine inspired dishes that guests can enjoy as take-out or in Panda's self-seating dining areas.

4. Defendant is the parent company of entities such as Panda Inn, Panda Express, and Hibachi-San. Defendant owns and operates Asian dining concepts, such as fast casual restaurants, in about 49 states, including California, U.S. territories including Puerto Rico and Guam, and one or more foreign countries. Defendant is headquartered in Rosemead, California. Sometimes, Panda's non-exempt California based associates (who are not transportation employees) travel to states other than California for training and work related purposes. Similarly, its non-California based non-exempt associates (who are not transportation employees) often travel to California for training and other work-related purposes, including to work or train at its Rosemead, California headquarters. Moreover, given the mobility of Panda's work force, many of its non-exempt associates who worked for Panda in California at some point in the past four years, now reside outside the state of California.

ACTIVE 53123149v1

5. Further, Panda's vendors that supply the food and materials used by Panda associates in California to create its food offerings often involve entities outside the state of California.

6. Finally, Panda's guests in California often are non-California residents, and can include, for example, persons visiting the state for personal reasons and for business reasons. Simply, the operation of Panda's restaurants by Plaintiff and the persons she seeks to represent, involve interstate commerce.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on October 28, 2020 at Rosemead, California.

_____
Stanley Liu
Vice President, Ops Services
Panda Express, Inc.