**Exhibit B**

EID: 1291718

## Associate My VOICE Matters Acknowledgement Form

I acknowledge that I have reviewed and/or received via electronic means a copy of the My V.O.I.C.E. (Valuing Other's Issues and Concerns for Engagement) Program (the "MVM" Program) Rules and Procedures, including via e-mail and embedded as link on this site. The MVM Program explains the process of how to resolve any work-related issues that may come up during my employment with Panda Restaurant Group, Inc. and its subsidiaries, parents, affiliates and divisions (collectively "Panda").

I further acknowledge, understand, and agree that:

1. Panda is committed to creating a safe and empowering conversational environment for Panda Associates to listen, appreciate and challenge each other in bringing our 2020 vision alive and in action. The MVM Program is available to me to allow me to freely communicate my concerns to Panda through four (4) possible steps.  **js** Initials

2. In the first step, I can use the MVM Program to first voice any work-related problem, complaint, suggestion, or question through its Open Door Policy at any time and a determination will be made.  **js** Initials

3. In the second step, I understand that when I voice any work-related problem, complaint, suggestion or question through Panda's Open Door Policy and I would like a further review of a related determination during that process, I may request a review by a Human Resources Director of that determination in the first step, also referred to as an appeal, within 30 days of that determination. A new determination will be provided within 45 days of my appeal.  **js** Initials

4. In the third step, I understand that to the extent my voiced work-related, complaint, suggestion or question involves a legally protected right, I can appeal the determination by a Human Resources Director within 30 days of the determination in the second step. Any new determination in this third step that is favorable to me and against Panda is binding on Panda. However, if the new determination in this third step is favorable to Panda and against me, I can proceed to a fourth step.  **js** Initials

5. In the fourth step, I understand I may request binding arbitration between Panda if I am not satisfied with the determination in the third step that is favorable Panda and not to me. As more fully described in the MVM Program Rules and Procedures provided to me, binding arbitration will be conducted by a neutral third party and any determination is binding on both Panda and me.  **js** Initials

6. By accepting employment with Panda I elect to participate in the fourth step of binding arbitration as described in the MVM Program Rules and Procedures, should the need arise.  **js** Initials

7. I have been notified that I can choose not to participate in the fourth step of binding arbitration as part of the MVM Program by notifying Panda in writing within 60 days of today's date, or by start date.  **js** Initials

Please make sure all information entered on this page is correct and complete before you click the SUBMIT button. No changes can be made on this form after it has been submitted.

I understand that by entering the last four digits of my Social Security number below, I am agreeing to the use of an electronic method of signature to demonstrate my acceptance of the Associate MVM Acknowledgement Form set forth above.

Associate Full Name  **Jennifer Marie Spargifiore**

•Associate Signature  **Jennifer Spargifiore**        Date  **8/10/16**

MVM Version  1.1