GREENBERG TRAURIG, LLP
MARK D. KEMPLE (SBN 145219)
RYAN C. BYKERK (SBN 274534)
RADHA D.S. KULKARNI (SBN 293996)
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Defendant
PANDA RESTAURANT GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SPARGIFIORE, an individual, for herself and all members of the putative class,<br><br>Plaintiff,<br><br>v.<br><br>PANDA RESTAURANT GROUP, INC., a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-09837-AB-MRW<br><br>Assigned to The Honorable André Birotte, Jr.<br><br>**DEFENDANT'S NOTICE OF ERRATA RE EXHIBIT "K" TO DECLARATION OF MARK D. KEMPLE IN SUPPORT OF OPPOSITION TO MOTION TO REMAND AND MOTION TO STAY AND FOR PREFERENCE**<br><br>Date:  December 4, 2020<br>Time: 10:00 a.m.<br>Dept: 7B<br><br>Removal Filed:       October 27, 2020<br>State Action Filed:       December 11, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that through inadvertent error, Defendant Panda Restaurant Group, Inc.'s Exhibit K to the Declaration of Mark D. Kemple was only partially and incompletely uploaded. Attached hereto is the corrected Exhibit K in full form.

Respectfully submitted,

Dated: November 13, 2020   GREENBERG TRAURIG, LLP

By   *Mark D. Kemple*
Mark D. Kemple, Attorneys for Defendant
PANDA RESTAURANT GROUP, INC

# EXHIBIT K

**Kemple, Mark D. (Shld-LA-LT-Labor-EmpLaw)**

---

**From:** Kemple, Mark D. (Shld-LA-LT-Labor-EmpLaw)
**Sent:** Thursday, October 22, 2020 1:42 PM
**To:** 'Kitty Szeto'
**Subject:** RE: Spargifiore v. Panda Restaurant Group, Inc.
**Attachments:** 48744403_v 1_Spargifiore - Arb Acknowledgment.PDF; 48744401_v 1_MyVoiceMatters v1.1.PDF

Kitty, See attached.

**Mark D. Kemple**
Shareholder

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7864 | F +1 310.586.7800 | C +1 949.294.2837
kemplem@gtlaw.com | www.gtlaw.com | View GT Biography



---

**From:** Kemple, Mark D. (Shld-LA-LT-Labor-EmpLaw)
**Sent:** Friday, October 16, 2020 10:46 AM
**To:** 'Kitty Szeto' <kitty@parris.com>
**Subject:** RE: Spargifiore v. Panda Restaurant Group, Inc.

Kitty,

I don't physically have her agreement, but have verified she signed. I'm tracking down the whereabouts of her document with her signature now.

**Mark D. Kemple**
Shareholder

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7864 | F +1 310.586.7800 | C +1 949.294.2837
kemplem@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Kitty Szeto <kitty@parris.com>
**Sent:** Thursday, October 15, 2020 4:19 PM
**To:** Kemple, Mark D. (Shld-LA-LT-Labor-EmpLaw) <kemplem@gtlaw.com>
**Subject:** RE: Spargifiore v. Panda Restaurant Group, Inc.

Mark:

If you are still tracking down the arbitration agreement, how were you able to represent to the Court in the Joint Initial Status Conference Class Action Response Statement that "Plaintiff signed a valid, binding, and enforceable arbitration agreement"?